**Juan Rafael CARRILLO, Petitioner,**

v.

**Jefferson B. SESSIONS III, Attorney General, Respondent.**

No. 13-72565

United States Court of Appeals, Ninth Circuit.

Submitted April 11, 2017 [*]

Filed April 19, 2017

Michael Franquinha, Aguirre Law Group APC, Phoenix, AZ, for Petitioner

Dawn S. Conrad, Trial Attorney, OIL, DOJ—U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, Chief Counsel ICE, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, for Respondent

Before: GOULD, CLIFTON, and HURWITZ, Circuit Judges.

MEMORANDUM [**]

Juan Rafael Carrillo, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' ("BIA") order dismissing his appeal from an immigration judge's order of removal. We have jurisdiction under 8 U.S.C. § 1252. We deny the petition for review.

[*] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

[**] This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

We decline Carrillo's request to remand to the BIA in light of *Matter of Avetisyan*, 25 I. & N. Dec. 688 (BIA 2012), and EOIR's subsequent policy memorandum, because Carrillo did not request administrative closure from the BIA.

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.